# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
LEMOYNE E SHRODES  
424 N ZANE HWY  
MARTINS FERRY, OH  43935

Case No:   05-66113

Judge:   John E. Hoffman Jr.

SSN(S):   XXX-XX-1929

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   November 24, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| LEMOYNE E SHRODES<br>424 N ZANE HWY<br>MARTINS FERRY, OH  43935 | 18.87 |